IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCO ANGELE HENDRICKSON #202400637, PLAINTIFF, | § § § § | |
| v. | § § | CASE NO. 3:24-CV-2493-E-BK |
| MERRICK GARLAND, ET AL., DEFENDANTS. | § § § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error, and the Court has found no error. On October 22, 2024, Hendrickson filed an amended complaint. (ECF No. 5). This amended complaint reiterates the same issues raised in the original complaint and previously addressed in the Findings, Conclusions, and a Recommendation in this case. (*See* ECF No. 4). Assuming *arguendo* this Court liberally construed this amended complaint as an objection to the Findings, Conclusions, and Recommendation—the Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Again, the Court has found no error. For those reasons, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

(*Signature page follows*).

```
```

SO ORDERED this 28th day of October, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE