IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCO ANGELE HENDRICKSON | § | |
| #202400637, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:24-CV-2493-E-BK |
| | § | |
| MERRICK GARLAND, ET AL., | § | |
| DEFENDANTS. | § | |

**AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On October 10, 2024, the United States Magistrate Judge filed Findings, Conclusions, and a Recommendation in this case. Doc. 4. Plaintiff filed objection on November 4, 2024, and also moved for leave to proceed *in forma pauperis*. Doc. 9; Doc. 10. The court now considers Plaintiff's objections as they were timely deposited in the prison mailbox.

By order filed October 28, 2024, the court accepted the Findings, Conclusions and Recommendation of the United States Magistrate Judge, not having seen Plaintiff's objections, and entered judgment staying and administratively closing this case pending the final resolution of Plaintiff's federal criminal case. Doc. 7; Doc. 8. On October 22, 2024, Plaintiff dated his objections and placed them in the prison mailbox. Doc. 9 at 6. Further, the U.S. Postal Service stamp marked the envelope with the objections on October 24, 2024. Doc. 9 at 7 (copy of envelope).

The court has reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Plaintiff's objections are OVERRULED.

Therefore, the judgment remains undisturbed and Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED** as moot. Doc. 10.

     **SO ORDERED** this 6th day of November, 2024.

ADA BROWN
UNITED STATES DISTRICT JUDGE